UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| OLUWASEUN "SEUN" ADENEKAN, DONNA EDMONDS, DONNA MILLER, TISHA APPLINE, Individually and on behalf of similarly situated employees, <br><br>Plaintiffs, <br><br>v. <br><br>CLINICAL RESOURCES, LLC, and JENNIFER SCULLY, Individually, <br><br>Defendants. | No.: 3:19-cv-00436-KAC-DCP |

## STIPULATION OF DISMISSAL

Come the parties, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate that this action should be dismissed with prejudice. Except as otherwise addressed in the parties' respective settlement agreements, each party shall bear his, her, and its own attorney fees and discretionary costs.

Respectfully submitted this 1st day of April, 2021.

 *s/ Jesse D. Nelson*  
JESSE D. NELSON (BPR # 025602)  
NELSON LAW GROUP, PLLC  
10263 Kingston Pike  
Knoxville, TN 37922  
(865) 383-1053  
jesse@NLGattorneys.com  

*Attorney for Plaintiffs*

 *s/ Steven J. Whitehead*  
STEVEN J. WHITEHEAD (GA BPR #755480)  
ILENE W. BERMAN (GA BPR # 054930)  
TAYLOR ENGLISH DUMA, LLP  
1600 Parkwood Cir., Suite 200  
Atlanta, GA 30339  
(770) 434-6868  
swhitehead@taylorenglish.com  
iberman@taylorenglish.com  

*Attorneys for Defendants*

1

<u>CERTIFICATE OF SERVICE</u>

    I certify that this pleading or document was served via the Court's ECF Filing System on all users authorized and directed to receive such service, this 1st day of April, 2021.

                                                        *s/Jesse D. Nelson*

2

Case 3:19-cv-00436-KAC-DCP   Document 39   Filed 04/01/21   Page 2 of 2   PageID #: 427